Per
 
 curiam
 

 Haywood, Justice, only in court.
 

 Part of the land in dispute, has been in the possession of the defendant for fortv years and more, but there is ño deed from the ancestors of Armour, which includes it, nor is {here a deed from any other person that does. The act of limitations can never ripen such a possession into title ; the act gives that effect to possessions which are taken and kept with a reasonable ground of belief that the lands so possessed do belong to the possessor, as by some deed or the like, from some person having a pretended title. If he has a deed covering other lands, and settles upon the land in dispute, he is a trespasser, and that known to him'5ebr. The second clause of the act of limitations bees oalv t.o cases of guiar conveyances made before the
 
 *70
 
 act passed, and confirms them when accompanied with a seven years possession before the act, or where the possession was then continuing and should complete seven years after the act; but it extends to no case arising since the act.